IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN ANN BARTHOLOMEW,<br>Plaintiff,<br>v.<br>CHAD FINKE, et al.,<br>Defendants. | Case No. 18-cv-04590-CRB<br><br>**ORDER DISMISSING MOTION TO DISMISS AS MOOT** |

On October 26, 2018, Defendants filed a Motion to Dismiss [4] in the above-captioned case. Plaintiff subsequently filed an Administrative Motion for Extension of Time to File [11], and Defendants responded with a Statement of Non-Opposition [14] to Plaintiff's Request. Plaintiff then filed a First Amended Complaint [16]. While Plaintiff's First Amended Complaint was filed three days after the twenty-one days afforded to plaintiffs as a matter of right following a motion under Rule 12(b), see Fed. R. Civ. P. 15(a)(1)(B), given Defendants' non-opposition to an extension, the Court accepts Plaintiff's First Amended Complaint. See id. at R. 15(a)(2).

Because an amended pleading renders a motion to dismiss moot, Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015), the Court now DISMISSES AS MOOT Defendants' Motion to Dismiss the Complaint [1] and VACATES the hearing set for December 7, 2018, on that now-vacated motion.

**IT IS SO ORDERED.**

Dated: November 20, 2018

CHARLES R. BREYER
United States District Judge